No. 98–6877. LANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6878. LOCKETT v. CALDERA, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 98–6880. LOTT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6881. CORTEZ-LUNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6882. MERAZ-SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6883. LIDDAWI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6885. OZURU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6887. STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6889. BOIGEGRAIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6892. SHAKARIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6895. MARSHALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6897. DESOUZA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6901. GERMOSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6902. ELDRIDGE, AKA ISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6904. GUIDRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.